**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:  ANGELA DENISE WHITE　　　　*　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　*　　　　　CASE NO. 11-60956
　　　　　　　　　　　　　　　　　　*
　　　　　Debtors (s)　　　　　　　　*
_____/

ANGELA DENISE WHITE

　　　　Plaintiff,　　　　　　　　　　　　　Adversary Proceeding No.  12-06016

v.

FIA CARD SERVICES, N.A.,
CR EVERGREEN II, LLC,
And
EAST BAY FUNDING, LLC


　　　　Defendant,


REBECCA B. CONNELLY,

　　　　Trustee



_____/

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiffs hereby apply to the Clerk of this Court to prepare and note on the record in this matter an ENTRY OF DEFAULT on the following grounds:

　　　　1.  Defendant was properly and timely served;

　　　　2.  The date by which to file an answer or responsive pleading has passed;

　　　　3.  Defendant did not file an answer, motion or any responsive pleading by the

1

    required date; and

  4. Defendant is not a member of the armed forces, nor is Defendant an infant or incompetent.

                Respectfully submitted,

                COX LAW GROUP, PLLC

Date: 04/16/12

                By: _/s/ David Cox_____
                   Counsel for Plaintiff

David Cox
David Wright
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-2600
434/845-0727 fax