B 260
(1/96)

**United States Bankruptcy Court**
**Western District of Virginia**

| | | |
|---|---|---|
| In re: **ANGELA DENISE WHITE,** ) | | |
| *Debtor* ) | **Case No. 11-60956** | |
| -------------------------------------------------------- ) | | |
| **ANGELA DENISE WHITE,** ) | **Chapter 13** | |
| *Plaintiff* ) | | |
| v. ) | | |
| **FIA CARD SERVICES, NA,** ) | **A/P No. 12-06016** | |
| **CR EVERGREEN II, LLC,** ) | | |
| **REBECCA B. CONNELLY, Trustee,** ) | | |
| *Defendants* ) | | |

# ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:   FIA Card Services, NA
> CR Evergreen II, LLC
> East Bay Funding, LLC
> Rebecca B. Connelly, Trustee

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date: April 17, 2012                                             John W.L. Craig, II, Clerk


By: /s/ Kathy H. Warren
Deputy Clerk

eod.frm