B 260
(1/96)

## United States Bankruptcy Court
## Western District of Virginia

In re: **ANGELA DENISE WHITE,**                )
         *Debtor*                )        **Case No. 11-60956**
-------------------------------------------------------------- )
**ANGELA DENISE WHITE,**                )        **Chapter 13**
         *Plaintiff*                )
         v.                )
**FIA CARD SERVICES, NA,**                )        **A/P No. 12-06016**
**CR EVERGREEN II, LLC,**                )
**REBECCA B. CONNELLY, Trustee,**                )
         *Defendants*                )

# ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| | |
|---|---|
| Name: | FIA Card Services, NA |
| | CR Evergreen II, LLC |
| | East Bay Funding, LLC |
| | Rebecca B. Connelly, Trustee |

Therefore,  default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date:  April 17, 2012                                        John W.L. Craig, II, Clerk


By: /s/ Kathy H. Warren_____
              Deputy Clerk

eod.frm

United States Bankruptcy Court
Western District of Virginia

White,
        Plaintiff

                                                            Adv. Proc. No. 12-06016-wea

FIA Card Services, N.A.,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0423-6          User: warrenk          Page 1 of 2          Date Rcvd: Apr 17, 2012
                              Form ID: pdf003        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2012.
pla          +Angela Denise White,    440 Bradley Road,   Danville, VA 24540-3835
dft          +CR Evergreen II, LLC,   c/o Corporation Trust Company, Reg Agent,   1209 Orange Street,
              Wilmington, DE 19801-1120
dft          +East Bay Funding, LLC,   Attn: Edward J. Baggia,   650 Plymouth Street, Suite 10,
              East Bridgwater, MA 02333-2054
dft          +FIA Card Services, N.A.,   PO Box 15026,   Wilmington, DE 19850-5026
dft           FIA Card Services, N.A.,   a/k/a Bank of America,   PO Box 15102,   Wilmington, DE 19886-5102
dft          +FIA Card Services, N.A.,   a/k/a Bank of America,   Glasser & Glasser, PLC,   PO Box 3400,
              Norfolk, VA 23514-3400
dft          +FIA Card Services, N.A.,   a/k/a Bank of America,   Attn: Bankruptcy NC4-105-03-14,
              PO Box 26012,   Greensboro, NC 27420-6012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft           E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2012 21:39:08     CR Evergreen II, LLC,
              MS 550,   PO Box 91121,   Seattle, WA  98111-9221
dft          +E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2012 21:39:08
              East Bay Funding, LLC,   c/o Resurgent Capital Services,   Attn: Susan Gailes,   PO Box 288,
              Greenville, SC 29602-0288
                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2012                    Signature:        _Joseph Speetjens_

District/off: 0423-6          User: warrenk          Page 2 of 2          Date Rcvd: Apr 17, 2012
                             Form ID: pdf003         Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
          H. David Cox   on behalf of Plaintiff Angela White ecf@coxlawgroup.com,  vawbcoxlaw@gmail.com
          H. David Cox (7)   on behalf of Plaintiff Angela White ecf@coxlawgroup.com,  vawbcoxlaw@gmail.com
          Rebecca B. Connelly    chapter13_trustee@connelly13.com
                                                                   TOTAL: 3